**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------X
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| | ) | 06 Cr. 1042-10 |
| | ) | Judge Lawrence M. McKenna |
| v. | ) | |
| | ) | |
| THOMAS H.. QUINN, | ) | |
| | ) | |
| Defendant. | ) | |

-----------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

**ORDER**

This matter coming before the Court on Defendant's Unopposed Motion for Return of His Cash Bond and Release of the Liens on his Property, it is hereby ordered that:

i. Defendant's Agreed Motion for Return of Cash Bond and Release of the Liens on Property is granted.

ii. The Clerk of Court for the United States District Court for the Southern District of New York is directed to return the $250,000 in cash posted to the person by whom it was posted or his or her representative, and release the liens on real property located at 180 East Pearson Street, Chicago, IL 60611, in the County of Cook, State of Illinois.

ENTERED:_____

Dated: _L____M._____ 7/17/08